UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**AMERICAN IMMIGRATION LAWYERS ASSOCIATION**,

Plaintiff,

v.

**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, U.S. DEPARTMENT OF JUSTICE,** *et al.*

Defendants.

Case No. 13-cv-00840 (CRC)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [54] Defendant's Renewed Motion for Summary Judgment is GRANTED IN PART and DENIED IN PART. It is further

**ORDERED** that [56] Plaintiff's Second Motion for Summary Judgment is GRANTED IN PART and DENIED IN PART.

This is a final appealable order.

**SO ORDERED**.

CHRISTOPHER R. COOPER
United States District Judge

Date:   November 17, 2017