UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN IMMIGRATION LAWYERS ASSOCIATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EXECUTIVE OFFICE FOR IMMIGRATION )<br>REVIEW, U.S. DEPARTMENT OF JUSTICE, )<br>*et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 13-840 (CRC) |

**STIPULATION AND ORDER**

The Court entered a final, appealable order in the case on November 17, 2017, fully resolving the merits of this action. The parties subsequently filed but voluntarily dismissed cross-appeals to the D.C. Circuit. After the D.C. Circuit entered its mandate and on plaintiff's unopposed motions, the Court twice extended the date for plaintiff to move for an award of attorney's fees and to file a bill of costs, which is currently due on November 13, 2018. The parties now stipulate and agree as follows:

1. Defendant shall pay to Public Citizen Litigation Group, counsel for plaintiff, $158,000.00 in attorneys' fees and costs in this matter. This sum shall constitute full and final settlement of all claims against defendant by plaintiff for fees, costs, and expenses accrued in this action, through the date of this stipulation.

2. The Court retains jurisdiction to enforce the provisions of this Stipulation and Order and its November 17, 2017, order and opinion.

1

| | |
|---|---|
| Dated: October 30, 2018 | Respectfully submitted, |
| FOR THE PLAINTIFFS: | FOR THE DEFENDANT: |

/s/ Julie Murray
Julie A. Murray (DC Bar No. 1003807)
Allison M. Zieve (DC Bar No. 424786)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
pllewellyn@citizen.org

JESSIE K. LIU, D.C. Bar No. 472845
United States Attorney

DANIEL F. VAN HORN,
D.C. Bar No. 924092
Civil Chief

/s/ Daniel P. Schaefer
DANIEL P. SCHAEFER, DC Bar. No. 996871
Assistant United States Attorney
555 Fourth Street NW
Washington, DC 20530
Telephone: (202) 252-2531
Daniel.Schaefer@usdoj.gov

SO ORDERED, this 30th day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE